FILED
CLERK U.S. DISTRICT COURT
AUG 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY NG for AP DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR 10-952-VBf

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. ) | |
| ANGELA KIM ) | |
| Defendant. ) | |

In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The Court concludes that:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not [presented] ~~demonstrated by~~ clear and convincing evidence [refuting] ~~that~~:

RECENT WEAPONS ARREST
ONGOING DRUG USE

(B) (✓) Defendant is a flight risk because defendant has [presented] ~~not shown~~ by clear and convincing evidence [conflicting] ~~that~~:

LACK OF BAIL RES
POOR PERFORMANCE ON PROBATION
NO STABLE RES.

IT IS ORDERED that defendant be detained.

DATE: 8/10, 2012

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE